UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 1:09-CR-117 |
| | ) | |
| PERRY McCROBEY | ) | Chief Judge Curtis L. Collier |

**O R D E R**

On November 6, 2009, Magistrate Judge William B. Mitchell Carter filed a Report and Recommendation recommending (a) the Court accept Defendant Perry McCrobey's ("Defendant") plea of guilty to Counts One and Four of the Indictment in exchange for the undertakings made by the government in the written plea agreement; (b) the Court adjudicate Defendant guilty of the charges set forth in Counts One and Four of the Indictment; (c) that a decision on whether to accept the plea agreement be deferred until sentencing; and (d) that Defendant remain in custody pending sentencing in this matter (Court File No. 14). Neither party filed an objection within the given ten days. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

    (1) Defendant's plea of guilty to Counts One and Four of the Indictment, in exchange for the undertakings made by the government in the written plea agreement, is **ACCEPTED**;

    (2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts One and Four of the Indictment;

    (3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(4) Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on **Thursday, February 25, 2010, at 2:00 p.m**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE**